IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:11-po-019-JDR |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER GRANTING MOTION FOR DISMISSAL** |
| vs. | ) ) | |
| RICHARD CHARLES BLACK, | ) ) | |
| Defendant. | ) ) ) | |

The Government's Motion [7] for Dismissal, for the reasons stated in the motion, is hereby GRANTED. Pursuant to Fed. R. Crim. P. 48(a), the above-captioned action is dismissed without prejudice as to Richard Charles Black.

IT IS SO ORDERED.

DATED this 8th day of September, 2011, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge